# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL COMPLAINT |
| | : | |
| v. | : | Mag. No. 24-3041 (TJB) |
| | : | |
| MISAEL MORO CARDOSO, | : | |
|   a/k/a "Misael Moro," | : | |
|   a/k/a "Misael Cardosa Moro," | : | |
|   a/k/a "Misael Moro-Cardosa," | : | |
|   a/k/a "Jobany Acevedo," | : | |
|   a/k/a "Armando Contreras" | : | |

I, Ellen Chao, the undersigned complainant being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

SEE ATTACHMENT A

I further state that I am a Deportation Officer with the United States Department of Homeland Security, Immigrations and Customs Enforcement, and that this complaint is based on the following facts:

SEE ATTACHMENT B

continued on the attached pages and made a part hereof.

    s/ *Ellen Chao*
Ellen Chao
Deportation Officer
Immigration and Customs Enforcement
United States Department of Homeland Security

Attested to by telephone pursuant to
Fed. R. Crim. P. 4.1(b)(2)(A)
on December 13 2024,
in the District of New Jersey

HONORABLE TONIANNE BONGIOVANNI    _____
UNITED STATES MAGISTRATE JUDGE      Signature of Judicial Officer

<u>ATTACHMENT A</u>

On or about December 9, 2024, and prior to that date, in Ocean County, in the District of New Jersey, and elsewhere, the defendant,

MISAEL MORO CARDOSO,
a/k/a "Misael Moro,"
a/k/a "Misael Cardosa Moro,"
a/k/a "Misael Moro-Cardosa,"
a/k/a "Jobany Acevedo,"
a/k/a "Armando Contreras,"

being an alien who was deported and removed and had departed the United States while an order of deportation and removal was outstanding subsequent to his conviction for the commission of a felony, and thereafter, without the express consent of the Secretary of Homeland Security of the United States to reapply for admission prior to his reembarkation at a place outside the United States, did knowingly and voluntarily enter and was found in the United States.

In violation of Title 8, United States Code, Sections 1326(a) and (b)(1).

ATTACHMENT B

I, Ellen Chao, am a Deportation Officer with the Department of Homeland Security, Immigration and Customs Enforcement. I am fully familiar with the facts set forth herein based on my own investigation, my conversations with other law enforcement officers, and my review of reports, documents, and other items of evidence. Where statements of others are related herein, they are related in substance and part. Because this criminal complaint is being submitted for a limited purpose, I have not set forth each and every fact that I know concerning this investigation.

1. Defendant MISAEL MORO CARDOSO, a/k/a "Misael Moro," a/k/a "Misael Cardosa Moro," a/k/a "Misael Moro-Cardosa," a/k/a "Jobany Acevedo," a/k/a "Armando Contreras," ("CARDOSO") is a native and citizen of Mexico and is not a citizen of the United States.

2. On or about September 26, 2008, defendant CARDOSO was convicted in the Superior Court of New Jersey, Ocean County, of promoting prostitution, in violation of New Jersey Statutes Annotated 2C:34-1(b)(2), and was sentenced to 61 days' imprisonment and a $155 fine. This conviction constituted a felony, as that term is defined under 18 U.S.C. § 3559a.

3. Thereafter, on or about October 22, 2008, defendant CARDOSO was ordered removed from the United States to Mexico by an Immigration Judge.

4. On or about November 3, 2008, defendant CARDOSO was removed from the United States to Mexico while the above-referenced order of removal was outstanding.

5. Following this removal, between in or about February 2009 and in or about November 2022, defendant CARDOSO illegally re-entered and was found in the United States before being removed to Mexico on four separate occasions.

6. Following these four removals, on or before November 1, 2022, defendant CARDOSO illegally re-entered and was found in the United States, was arrested by Immigration and Customs Enforcement, and subsequently indicted in the District of New Jersey for illegal reentry to the United States after having been deported or removed subsequent to his conviction for the commission of a felony, in violation of 8 U.S.C. §§ 1326(a) and (b)(1). *See* 22-cr-759 (PGS).

7. Also on November 1, 2022, the prior order of removal was reinstated and defendant CARDOSO was again ordered removed from the United States to Mexico.

8.  On or about February 22, 2023, defendant CARDOSO pled guilty to the Indictment filed in Crim No. 22-2759 (PGS). On or about March 22, 2023, defendant CARDOSO was sentenced to the time already served in prison.

9.  On or about May 3, 2023, defendant CARDOSO was removed from the United States to Mexico while the above-referenced order of removal was outstanding.

10. Following his removal from the United States, as set forth in paragraph 9, above, defendant CARDOSO again knowingly and voluntarily reentered the United States without permission on an unknown date at an unknown location.

11. On or about December 9, 2024, defendant CARDOSO was arrested in or around Ocean County, New Jersey for aggravated assault on a law enforcement officer, in violation of N.J.S.A. 2C:12-1(b)(5)(A), obstruction, in violation of N.J.S.A. 2C:29-1(a), resisting arrest, in violation of N.J.S.A. 2C:29-2(a)(1), and resisting arrest by force, in violation of N.J.S.A. 2C:29-2(a)(3)(A).

12. A fingerprint analysis revealed that defendant CARDOSO is the same individual who was convicted of the offenses set forth in paragraphs 2 and 6 above, and who was removed from the United States to Mexico, as set forth in paragraphs 4, 5 and 9 above.

13. A review of relevant databases revealed that the Secretary of Homeland Security of the United States did not expressly consent to defendant CARDOSO reapplying for admission to the United States prior to his reembarkation at a place outside the United States, or his reentry into the United States.